# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISON ONE

| | | |
|---|---|---|
| In re the Matter of the Detention of | ) | No. 73429-6-I |
| | ) | |
| A.A., | ) | |
| | ) | UNPUBLISHED OPINION |
| Appellant. | ) | |
| | ) | FILED: March 21, 2016 |

PER CURIAM. A.A. appeals the 14-day commitment order for involuntary treatment. The State of Washington concedes there is insufficient evidence to support the trial court's finding that A.A. posed a risk of harm to himself. We accept the State's concession, reverse the trial court's order, and remand for further proceedings.

Reversed and remanded.

For the court:

_____

_____

_____